UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| BARBARA HINER *et al.*,            ) | |
| )                                     | |
| Plaintiffs,                         ) | |
| )                                     | |
| v.                                  ) | |
| )                                     | CAUSE NO. 3:01-CV-0733 CAN |
| PENN-HARRIS-MADISON SCHOOL          ) | |
| CORPORATION,                        ) | |
| )                                     | |
| Defendant.                          ) | |

**ORDER**

On November 14, 2003, Plaintiffs' counsel informed this Court that the parties in the above-captioned case had reached a settlement agreement with respect to all remaining issues in this case. Accordingly, the parties are ordered to file all settlement papers by **December 15, 2003**.

**SO ORDERED**.

Dated this 14th day of November, 2003.

s/Christopher A. Nuechterlein<br>
Christopher A. Nuechterlein<br>
United States Magistrate Judge

cc:     Counsel of Record