# United States District Court

## Northern District of Indiana

BARBARA HINER, FRANCES KEDIK,
DIANA HENSELL, DIANA HILLEBRAND,
JUDY POWELL, ROY REHMEL,
PAT DELAURELLE, PEGGY ARNDT,
STEVE GARCIA, SUE FIELDS, LORI
HEALY, LORI ANN M. KELLY (term 5/15/03),
RICH SMITH (term 5/15/03), KAREN L.
RYCKEART, PAULA J. SEBECKI, KAY L.
GREEN, GLORIA K. BROWN, MAUREEN
MCKEE, IRMA MCNIEL, JANETG. HOGUE,
TERRI M. BYERS, BRIAN BROCKWAY
(term 8/29/03), DEBRA GEISEL (term 8/29/03),
PEGGY JACQUA-HAMMOCK (term 8/29/03),
TERRY JONES (term 8/29/03), STEPHANIE
PICKENS (term 8/29/03)

       Plaintiffs             **AMENDED**
                         JUDGMENT IN A CIVIL CASE

        v.

                        Case No. 3:01cv733

PENN-HARRIS-MADISON SCHOOL CORPORATION
      Defendant

[ ]  **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]  **Decision by Court.** This action came to trial, hearing or consideration before the Court. The issues have been tried, heard or considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that the plaintiffs' claims for costs and attorney's fees against defendant Penn-Harris-Madison School Corporation are hereby DISMISSED WITH PREJUDICE.

                             Stephen R. Ludwig, Clerk

By_____s/J. Darrah_____
Deputy Clerk

**Equivalent Coupon Issue Yield**: N/A

This document entered pursuant to Rules 79(a) and 58
of the Federal Rules of Civil Procedure on **December 5, 2003**.